# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Malley, Kathleen M. | U.S. Court of Appeals for the Federal Circuit | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Juvenile Diabetes Research Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Citibank (cash) | A | Interest | N | T | | | | | |
| 3. Castle Harlan Affiliates IV-A, LLP | A | Distribution | J | U | | | | | |
| 4. Castle Harlan Partners V, LLP | | None | J | U | | | | | |
| 5. CHP V Affiliates AIV, LP | D | Distribution | J | U | | | | | |
| 6. Mid-Atlantic Fund of Funds II, LP | | None | K | V | | | | | |
| 7. AEI Alien Series B Inv II, LLC | | None | K | V | | | | | |
| 8. Sun Basket, Inc | | None | M | V | | | | | |
| 9. Covington & Burling Partnership LLP | A | Int./Div. | P1 | V | | | | | |
| 10. Advanced Battery Concepts, LLC | | None | K | V | | | | | |
| 11. Cloud9 Charts, Inc | | None | K | V | | | | | |
| 12. Lois Kitchen LLC | | None | K | V | | | | | |
| 13. Lois Wine Bar (note) | B | Interest | L | T | | | | | |
| 14. Rembrandt Partners IV, L.P | C | Dividend | O | V | | | | | |
| 15. Empire Residential Communities Fund IV, LLC | C | Distribution | L | V | | | | | |
| 16. Lyft, Inc. | | None | M | V | | | | | |
| 17. Uber Tech | | None | M | V | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  OPAC Famous LLC | | None | L | V | | | | | |
| 19.  AirBNB (X) | | None | N | V | | | | | |
| 20.  Impossible Foods (X) | | None | M | V | | | | | |
| 21.  Account #1 (H) | | | | | | | | | |
| 22.  Schwab Bank (cash) | A | Interest | K | T | | | | | |
| 23.  Ishares Trust S&P 500 Index (IVV) | A | Dividend | K | T | | | | | |
| 24.  Vanguard Small Cap Fund (VB) | A | Dividend | J | T | | | | | |
| 25.  Baird Aggregate Bond Inst Fund (BAGIX) | B | Dividend | L | T | | | | | |
| 26.  Dodge & Cox Income Fund (DODIX) | B | Dividend | L | T | | | | | |
| 27.  Hotchkis & Wiley Hi Yield (HWHIX) | B | Dividend | K | T | | | | | |
| 28.  Pimco Emerging Local Bond Fund (PELBX) | A | Dividend | K | T | | | | | |
| 29.  Pimco Intl Bond US Dollar Hedged (PFORX) | A | Dividend | K | T | | | | | |
| 30.  Vangaurd Inflation Protected Securities (VIPSX) | A | Dividend | K | T | | | | | |
| 31.  Wells Fargo Advtg Int'l Fund (ESICX) | | None | K | T | | | | | |
| 32.  American FD Europacific GWTH FD CL F3 (FEUPX) | A | Dividend | J | T | | | | | |
| 33.  Cohen & Steers Realty Shares (CSRSX) | B | Dividend | K | T | | | | | |
| 34.  DFA Emerging Mkt Value Portfolio (DFEVX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dodge & Cox Int'l Stock Fund (DODFX) | A | Dividend | J | T | | | | | |
| 36. Invesco Oppenheimer Steelpath MLP Select 40 (OSPSX) | B | Dividend | K | T | | | | | |
| 37. Pimco Comm Real Estate Return (PCRIX) | A | Dividend | J | T | | | | | |
| 38. Account #2 (H) | | | | | | | | | |
| 39. Dodge & Cox Stock (DODGX) | | None | P1 | T | | | | | |
| 40. JP Morgan Large Cap R6 (JLGMX) | | None | P1 | T | | | | | |
| 41. American Beacon Small Cap Val Inst (AVFIX) | | None | N | T | | | | | |
| 42. Janus Enterprises N (JDMNX) | | None | N | T | | | | | |
| 43. JPMorgan Emerging Markets Equity R6 (JEMWX) (X) | | None | O | T | | | | | |
| 44. Lazard Emerging Market Equity Inst (LZEMX) (Y) | | | | | | | | | |
| 45. Oakmark International I (OAKIX) (Y) | | | | | | | | | |
| 46. MFS Intl Diversification R4 (MDITX) (X) | | None | P1 | T | | | | | |
| 47. Metropolitan West Total Return Bond (MWTRX) | | None | P1 | T | | | | | |
| 48. Schwab Covington Burlington Pooled Stable Value Fund | | None | P1 | T | | | | | |
| 49. Account #3 (H) | | | | | | | | | |
| 50. Schwab Bank Sweep Account (cash) (X) | A | Interest | J | T | | | | | |
| 51. Ishares Trust S&P 500 (IVV) | B | Dividend | L | T | Sold (part) | 10/19/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares MSCI Emerging Market Index (EEM) | A | Dividend | L | T | | | | | |
| 53. Vang Small Cap (VB) | A | Dividend | K | T | Sold (part) | 10/19/20 | J | A | |
| 54. Baird Inter Muni (BMBIX) | C | Dividend | M | T | | | | | |
| 55. Goldman Sachs Emerging Markets Debt Fund (GSDIX) | A | Dividend | K | T | | | | | |
| 56. Hotchkis & Wiley Hi Yield (HWHIX) | C | Dividend | L | T | | | | | |
| 57. Vang Inflation Protected (VIPSX) | A | Dividend | K | T | | | | | |
| 58. Vang St Exempt Fund (VWSTX) | A | Dividend | L | T | Buy (add'l) | 02/10/20 | L | | |
| 59. | | | | | Sold (part) | 02/21/20 | K | | |
| 60. American FD Europacific GWTH FD CL F3 (FEUPX) | A | Dividend | L | T | | | | | |
| 61. Cohen & Steers Realty (CSRSX) | B | Dividend | K | T | | | | | |
| 62. Dodge & Cox Int'l Stock Fund (DODFX) | A | Dividend | K | T | | | | | |
| 63. Maingate MLP Fund (IMLPX) | C | Dividend | K | T | Sold (part) | 10/19/20 | J | | |
| 64. Account #4 (H) | | | | | | | | | |
| 65. Schwab Bank Sweep (cash) (Y) | | | | | | | | | |
| 66. Apple Inc (AAPL) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 67. Tesla Inc (TSLA) | | None | J | T | Buy | 08/31/20 | J | | |
| 68. Ishares Trust S&P 500 (IVV) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Ishares MSCI Emerging Markets Index (EEM) | B | Dividend | L | T | | | | | |
| 70. Vang Small Cap (VB) | A | Dividend | K | T | | | | | |
| 71. Baird Inter Muni (BMBIX) | C | Dividend | M | T | | | | | |
| 72. Goldman Sachs Emerging Markets Debt (GSDIX) | B | Dividend | K | T | | | | | |
| 73. Hotchkis & Wiley Hi Yield (HWHIX) | C | Dividend | L | T | | | | | |
| 74. Pimco Intl Bond US Dollar Hedged (PFORX) | B | Dividend | L | T | | | | | |
| 75. Vang Inflation Protected (VIPSX) | A | Dividend | K | T | | | | | |
| 76. Vang St Exempt Fund (VWSTX) | B | Interest | M | T | | | | | |
| 77. Wells Fargo Adv Int'l (ESCIX) | | None | L | T | | | | | |
| 78. American Fund Europacific Cl F3 (FEUPX) | A | Dividend | K | T | | | | | |
| 79. Cohen & Steers Realty (CSRSX) | C | Dividend | L | T | | | | | |
| 80. Credit Suisse Comm Return Strategy (CRSOX) | A | Dividend | K | T | Sold (part) | 08/31/20 | J | | |
| 81. Dodge & Cox Int'l Stock Fund (DODFX) | A | Dividend | K | T | | | | | |
| 82. Maingate MLP Fund (IMLPX) | C | Dividend | K | T | | | | | |
| 83. Account #5 (H) | | | | | | | | | |
| 84. Schwab Bank Sweep Account (cash) | A | Interest | L | T | Open | 08/31/20 | L | | |
| 85. Apple Inc (AAPL) | A | Dividend | L | T | Buy | 07/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 08/31/20 | L | | |
| 87. Berkshire Hathaway (BRKB) | | None | K | T | | | | | |
| 88. Editas Medicine Inc (EDIT) | | None | | | Buy | 04/21/20 | J | | |
| 89. | | | | | Sold | 10/02/20 | J | B | |
| 90. Eldorado Gold Corp (EGO) | | None | | | Buy | 06/17/20 | J | | |
| 91. | | | | | Sold | 09/24/20 | J | B | |
| 92. Glaukos Corp (GKOS) | | None | J | T | | | | | |
| 93. Hon Hai Precsn Ind Ordf (HNHAF) | C | Dividend | L | T | | | | | |
| 94. Neogenomic Inc (NEO) | | None | K | T | | | | | |
| 95. Tesla Inc (TSLA) | | None | L | T | Buy | 06/17/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 08/31/20 | K | | |
| 97. | | | | | Sold<br>(part) | 10/30/20 | J | B | |
| 98. ZTO Express Cayman Inc (ZTO) | A | Dividend | | | Sold | 09/23/20 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Under individual assets, value method code "V" indicates cumulative value of funds invested.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 08/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. O'Malley**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544